UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Guy Heide, Michael Kosel, Duane Taylor,

        Plaintiffs,           Civil No. 06-1750 (RHK/AJB)

vs.           **ORDER**

Marion C. Blakely, Administrator, Federal
Aviation Administration, Chaterine M. Lang,
Associate Administrator, Federal Aviation
Administration,

        Defendants.

---

The above matter is **REFERRED** to Magistrate Judge Arthur J. Boylan for a recommended disposition of the pending Motion to Dismiss. The October 4, 2006, hearing before the undersigned is **CANCELED** and Judge Boylan will advise the parties of a new hearing date if he determines to have oral argument. Plaintiffs shall serve and file their reply memorandum, if any, on or before September 25, 2006.

Dated: September 18, 2006

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge