## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Guy Heide, Michael A. Kosel, and
Duane Taylor,

                        Plaintiffs,

v.

Marion C. Blakely, Administrator, Federal
Aviation Administration, Catherine M. Lang (Acting)
Associate Administrator for Airports, Federal
Aviation Administration,

                        Defendants.

Civil No. 06-1750 (RHK/AJB)

**ORDER**

---

Before the Court are Plaintiffs' Objections to the October 3, 2006, Report and

Recommendation of Magistrate Judge Arthur J. Boylan.  Judge Boylan has recommended the dismissal

of Plaintiffs' Complaint.

Having reviewed de novo the Report and Recommendation and Plaintiffs' Objections thereto,

the undersigned concludes that Judge Boylan's recommended disposition is supported by the record

before him and controlling legal principles.  Accordingly, and upon all the files, records and proceedings

herein, **IT IS ORDERED**:

1. Plaintiffs' Objections (Doc. No. 20) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 17) is **ADOPTED**;

3. Defendants' Motion to Dismiss (Doc. No. 5) is **GRANTED**; and

3.  Plaintiffs' Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

 **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 30, 2006

 s/Richard H. Kyle
 RICHARD H. KYLE
 United States District Judge